IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HARPER,<br><br>         Plaintiff,<br><br>v.<br><br>BEVERAGE CONTROL, INC.,<br><br>         Defendant. | CIVIL NO. 1:11-cv-01815-SCJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs except as otherwise set forth in any agreement between the parties.

Respectfully submitted this 16th day of December, 2011.

Consented to by:

s/G. Blake Andrews
Gary Blaylock "Blake" Andrews
Georgia Bar No. 019375
Blake Andrews Law Firm, LLC
2221 Peachtree Road NE Ste X5
Atlanta, Georgia 30309
Telephone: (770) 828-6225
Facsimile: (866) 828-6882

s/John D. Bennett
Douglas H. Duerr
Georgia Bar No. 231772
John D. Bennett
Georgia Bar No. 059212
ELARBEE, THOMPSON, SAPP &
WILSON, LLP
800 International Tower

2

E-mail: blake@blakeandrewslaw.com

Attorney for Plaintiff

229 Peachtree Street, N.E.
Atlanta, Georgia   30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
E-mail: duerr@elarbeethompson.com
E-mail: bennett@elarbeethompson.com

Attorneys for Defendant